ACCEPTED
03-15-00334-CR
7584508
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/28/2015 3:51:01 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00334- CR

IN THE

COURT OF APPEALS

OF THE

THIRD JUDICIAL DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/28/2015 3:51:01 PM
JEFFREY D. KYLE
Clerk

--------------------

*EX PARTE* MOISES MARTINEZ,

Appellant

vs.

STATE OF TEXAS,

Appellee

--------------------

Appeal from Cause No. 2C11-07750
Bell County Court-at-Law No. Two

--------------------

**STATE'S SECOND UNOPPOSED MOTION
TO EXTEND TIME TO FILE BRIEF**

--------------------

JAMES NICHOLS
BELL COUNTY ATTORNEY
by
Stephen Morris
Assistant County Attorney
P.O. Box 1127
Belton, Texas 76513
Tel: (254) 933-5135
Fax: (254) 933-5150
SBN: 14501700

## STATE'S SECOND UNOPPOSED MOTION
## TO EXTEND TIME TO FILE BRIEF

To the Honorable Court of Appeals:

Comes now Stephen Morris, Assistant Bell County Attorney, representing the State of Texas and files this Motion to Extend Time to File a Brief in answer, and shows as follows:

1. This is an appeal from denial of an application of a writ of habeas corpus to issue in a criminal case. Appellant's Brief was filed on August 28,2015.

2. The State's Brief is due October 28, 2015.

3. The State seeks to extend the time of filing its Brief by seven (7) days. If granted, the extension would require the State's Brief to be due on or before November 4, 2015.

4. Good cause exists for this extension of time. State's appellate counsel in addition to being assigned the instant appeal, he has been assigned a full case load including an additional appeal that was filed with this court last week. Additional time is needed to complete the Brief.

5. There has been one extension granted to the State regarding this appeal.

6. This motion is unopposed by Appellant's counsel.

Wherefore, premises considered, the State respectfully requests that the Court extend the time for filing his Brief up to and including November 4, 2015.

Respectfully submitted,

/S/ Stephen Morris

_____

Stephen Morris
Assistant Bell County Attorney
Bell County Attorney's Office
P.O. Box 1127
Belton, Texas 76513
(254) 933-5135

## Certificate of Conference

I hereby certify that I have conferred with counsel for Appellant on October 28, 2015 and counsel does not oppose the above requested extension. Therefore, this motion is submitted as not apposed.

/S/ Stephen Morris

_____

Stephen Morris

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, certified, pre-paid, and mailing the document by first class mail on October 28, 2015.

/S/ Stephen Morris

_____

Stephen Morris

Jose Vela III, Esq.
Texas State Bar No. 24048859
505 E. Huntland Drive, Suite 300
Austin, Texas 78752
(512) 615-3366 (fax)
(512) 633-1785 (phone)
E-mail: chito.v@walkergatesvela.com